IN THE MATTER OF EDWARD F. FRENCH, TO BE DISCHARGED FROM IMPRISONMENT.

Order appealed from affirmed with ten dollars costs and disbursements, on the opinion of the Hon. L. N. Bangs, County Judge, delivered in this case.

---

JAMES G. ROSS, RESPONDENT, v. THE NATIONAL UNION BANK OF WATERTOWN, APPELLANT.

Judgment reversed and new trial ordered before another referee, costs to abide event.

Opinion by RUMSEY, J.

---

JOHN D. ALGER, RESPONDENT, v. RACHAEL BALDWIN, EXECUTRIX, ETC., APPELLANT.

LUMAN H. BALDWIN, RESPONDENT, v. RACHAEL BALDWIN, EXECUTRIX, ETC., APPELLANT.

Judgment affirmed on the report and opinion of the referee.

Mem. by TALCOTT, P. J.